IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAE McCANN,

    Plaintiff,

  v.

Case No. 18-CV-73-jdp

BADGER MINING CORPORATION,

    Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Badger Mining Corporation against plaintiff Rae McCann dismissing this case.

|   |   |
|---|---|
| s/V. Olmo, Deputy Clerk | 6/28/2019 |
| Peter Oppeneer, Clerk of Court | Date |