# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| Rae McCann, | | |
| | Plaintiff, | NOTICE OF APPEAL |
| v. | | |
| Badger Mining Corp., | | Case No. 18 CV 73 |
| | Defendant. | |

Notice is hereby given the Rae McCann, Plaintiff in the above-named matter, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order and Judgment entered on June 28, 2019, in favor of Defendant, Badger Mining Corporation, and against Rae McCann, granting Defendant's Motion for Summary Judgment and dismissal.

Dated: 7/25/19

BAKKE NORMAN, S.C.

By: _____
Peter M. Reinhardt
Attorney No. 1025187
2919 Schneider Avenue SE, P.O. Box 280
Menomonie, WI 54751-0280
(715) 235-9016
preinhardt@bakkenorman.com

Attorneys for Rae McCann